No. —, original. EX PARTE SALISBURY. June 2, 1930. The motion for leave to file petition for writ of mandamus is denied. *Adele Salisbury, pro se.*

No. 852. GAMBLE *v.* DANIEL, RECEIVER.

Jurisdictional statement submitted May 26, 1930. Decided June 2, 1930. *Per Curiam:* The appeal herein is dismissed for want of jurisdiction. Judicial Code, § 240(b) as amended by the Act of February 13, 1925 (43 Stat. 936, 939). The motion for an extension of time within which to file petition for writ of certiorari is denied. *Messrs. Francis A. Brogan, C. A. Sorensen,* and *Edgar M. Morsman, Jr.,* for appellant. *Messrs. Arthur F. Mullen* and *Paul L. Martin* for appellee.

No. 760. FULLERTON *v.* OKLAHOMA EX REL. COMMISSIONERS OF THE LAND OFFICE. Jurisdictional statement submitted May 26, 1930. Decided June 2, 1930. *Per Curiam:* Appeal dismissed for the want of jurisdiction. Judicial Code, § 237 (a) as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for a writ of certiorari, as required by the Judicial Code, § 237 (c) as amended (43 Stat. 936, 938), certiorari is denied. *Mr. P. G. Fullerton, pro se. Mr. George E. Merritt* for appellee.